1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNETTE STOCKWELL and LAWRENCE STOCKWELL, husband and wife and the marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY, INC., a non-governmental corporation d/b/a SAFEWAY STORE #792, ALBERTSONS COMPANIES, LLC, a foreign limited liability company, ALBERTSONS COMPANYS, INC., a non-governmental corporation, CERBERUS CAPITAL MANAGEMENT, LP, a non-governmental limited partnership, and DOES 1-5,<br><br>Defendants. | No.<br><br>DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.§§ 1332, 1441 AND 1446<br><br>(REMOVED FROM KING COUNTY SUPERIOR COURT CAUSE NO. 20-2-09638-5 KNT) |

TO:        CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE;

AND TO:    PLAINTIFFS AND PLAINTIFFS' COUNSEL OF RECORD.

       Defendants' hereby remove to this Court the state court action described below on the grounds stated herein, and as supported by the Declaration of Kimberly A. Reppart and the exhibits

DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 –
PAGE 1
CAUSE NO.

2691851 / 824.0079

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

attached thereto.

## I. INTRODUCTION & STATEMENT OF FACTS

On June 4, 2020, Plaintiffs commenced a lawsuit in King County Superior Court entitled Annette Stockwell and Lawrence Stockwell v. Safeway, Inc. et al. Plaintiffs served Alberstons Companies, Inc. with the Summons and Complaint on June 10, 2020. Declaration of Kimberly A. Reppart, Ex. 1.

This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it is being filed "…within thirty days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…" 28 U.S.C. § 1446(b)(1). Plaintiff's counsel served defendant Safeway Inc.'s third party claims administrator with a demand claiming more than $75,000 in damages in March, 2020. Reppart Decl., Ex. 4.

Safeway Inc. is the only properly named Defendant (reserving all defenses as to service of process and personal jurisdiction). Safeway Inc. is a Delaware corporation with headquarters located in Pleasanton, California. Reppart Decl., Ex. 5. Safeway Inc. is a wholly-owned subsidiary of Albertson's Holdings LLC. Defendant Albertsons Companies, LLC is a Delaware limited liability company with headquarters in Boise, Idaho. Reppart Decl. at Ex. 6. Defendant Albertsons Companies, Inc. is a Delaware corporation not registered in Washington State. Reppart Decl. at ¶ 2, Ex. 2. Cerberus Capital Management has not been served.

It is Defendants' position that Safeway Inc. is the only properly named Defendant (reserving all defenses as to service of process and personal jurisdiction).

//

//

DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 –
PAGE 2
CAUSE NO.

2691851 / 824.0079

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

## II. BASES FOR REMOVAL

### A. There is Complete Diversity of Citizenship under 28 USC § 1332.

This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(1), and is one which can be removed to this Court by defendant pursuant to 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

The plaintiffs are residents of Washington State. Ex. 7. Defendant Safeway Inc. is a Delaware corporation with headquarters located in Pleasanton, California. Ex. 5. Defendant Albertsons Companies, LLC is a Delaware limited liability company with headquarters in Boise, Idaho. Ex. 6. Defendant Albertsons Companies, Inc. is a Delaware corporation not registered in Washington State. Ex. 2. Removal of the plaintiffs' action to this Court is proper because there is complete diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332, and there was complete diversity at the time plaintiffs' lawsuit was served.

### B. The Amount in Controversy Exceeds the Jurisdictional Minimum.

Plaintiff's counsel served defendant Safeway Inc.'s third party claims administrator with a demand claiming more than $75,000 in damages in March, 2020. Reppart Decl., Ex. 4.

### C. This Notice of Removal is Timely Under 28 USC § 1446(b).

This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it is being filed "…within thirty days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based..." 28 U.S.C. § 1446(b)(1).

//

//

DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 –
PAGE 3
CAUSE NO.
2691851 / 824.0079

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

D. **This Notice of Removal Complies with the Applicable Local Rules, and Venue Is Proper in the Western District of Washington under 28 U.S.C. § 128(b).**

This Notice of Removal complies with all applicable Federal Rules of Civil Procedure and Local Rules. Defendant has attached to the Declaration of Kimberly Reppart, filed in support of this Notice, copies of all process, pleadings, and orders served upon it in the state court action, as required by 28 U.S.C. § 1446. Venue is proper in this District pursuant to 28 U.S.C. §§ 128(b) and 1391, because this District encompasses King County, the county listed in the state court complaint served on Defendants.

Defendants are serving plaintiffs with copies of this Notice of Removal and the supporting Declaration of Kimberly Reppart (with exhibits).

## III. CONCLUSION

Plaintiffs' civil action, originally venued in King County Superior Court for the State of Washington, may be removed pursuant to 28 U.S.C. 1441 and 1446 to the United States District Court for the Western District of Washington at Seattle.

Dated this _____ day of June, 2020.

FORSBERG & UMLAUF, P.S.

By: _____
Kimberly A. Reppart, WSBA #30643
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164-2050
Telephone: (206) 689-8500
Email: kreppart@foum.law
Attorneys for Defendant Safeway, Inc.

DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 –
PAGE 4
CAUSE NO.

2691851 / 824.0079

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

FORSBERG & UMLAUF, P.S.

By: _____
Alex E. Ormsby, WSBA #52677
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164-2050
Telephone: (206) 689-8500
Email: aormsby@foum.law
Attorneys for Defendant Safeway, Inc.

DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 –
PAGE 5
CAUSE NO.

2691851 / 824.0079

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing **DEFENDANTS' NOTICE OF REMOVAL OF ACTION** on the following individuals in the manner indicated:

Mr. John J. Polito
Law Offices of John J. Polito, PLLC
9 Lake Bellevue Dr., Suite 200
Bellevue, WA  98005
(X) Via ECF
(X) Via Email

**SIGNED** this 1st day of July, 2020, at Seattle, Washington.

_____
Shawn G. Menning

DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 –
PAGE 6
CAUSE NO.

2691851 / 824.0079

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX