SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| ANNETTE STOCKWELL and LAWRENCE STOCKWELL, husband and wife and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY, INC., a non-governmental corporation d/b/a SAFEWAY STORE #792, ALBERTSONS COMPANIES, LLC, a foreign limited liability company, ALBERTSONS COMPANIES, INC., a non-governmental corporation, CERBERUS CAPITAL MANAGEMENT, LP, a non-governmental limited partnership, and DOES 1-5,<br><br>Defendants. | No. 20-2-09638-5<br><br>COMPLAINT |

## I.   PARTIES

1. Plaintiffs Annette Stockwell and Lawrence Stockwell are husband and wife and currently reside in Ocean Shores, Grays Harbor County, Washington.

2. At all material times herein Defendant Safeway, Inc. owned and operated Safeway Store #792 located at 17023 SE 272nd, Covington, King County, Washington. Said

COMPLAINT -- 1

LAW OFFICES OF JOHN J. POLITO, PLLC
9 Lake Bellevue Drive, Suite 200
Bellevue, WA 98005
PHONE: (425) 646-7111
FAX: (425) 646-7112

062.17 dd15j001k7

defendant is believed to have paid all licenses and fees to date and continues to do business in King County, Washington.

3. At all material times herein Defendant Albertsons Companies, Inc. owned and operated Safeway Store #792 located at 17023 SE 272nd, Covington, King County, Washington. Said defendant is believed to have paid all licenses and fees to date and continues to do business in King County, Washington.

4. At all material times herein Defendant Albertsons Companies, LLC owned and operated Safeway Store #792 located at 17023 SE 272nd, Covington, King County, Washington. Said defendant is believed to have paid all licenses and fees to date and continues to do business in King County, Washington.

5. At all material times herein Defendant Cerberus Capital Management, LP owned and operated Safeway Store #792 located at 17023 SE 272nd, Covington, King County, Washington. Said defendant is believed to have paid all licenses and fees to date and continues to do business in King County, Washington.

6. Parties Does 1 - 5 are unknown to Plaintiffs at this time and they are therefore sued under fictitious names. These Defendants may have caused the damages to Plaintiffs by their own tortious conduct, including acts or failures to act in, whether individually, in concert with other defendants or vicariously.

## II. JURISDICTION AND VENUE

7. The acts and omissions giving rise to this cause of action occurred on the subject premises, Safeway Store #792, located in Covington, King County, Washington where Defendants conduct business.

COMPLAINT -- 2

LAW OFFICES OF JOHN J. POLITO, PLLC
9 Lake Bellevue Drive, Suite 200
Bellevue, WA 98005
PHONE: (425) 646-7111
FAX: (425) 646-7112

062.17 dd15j001k7

8. Jurisdiction and venue are proper in King County Superior Court.

### III. FACTS

9. On June 21, 2017, Plaintiff Annette Stockwell was shopping at the Safeway Store #792 in Covington, King County, Washington.

10. While at the subject Safeway store, Plaintiff Annette Stockwell went into the cheese and dairy aisle and slipped and fell on yogurt that had spilled onto the floor.

11. At the time of the fall, defendants had prior actual and/or constructive notice of the yogurt spill on the floor.

12. Plaintiff Annette Stockwell suffered significant injuries as a result of the fall.

### IV. CLAIMS AND CAUSES OF ACTION

13. As an owner and occupier of the premises, Defendants owed to business invitees such as Plaintiff Annette Stockwell a non-delegable duty to exercise ordinary care for their safety. This includes the exercise of ordinary care to maintain in a reasonably safe condition those portions of the premises that the invitee is expressly or impliedly invited to use or might reasonably be expected to use.

14. Defendants were negligent and failed to exercise ordinary care in the creation, operation and maintenance of its self-service store. The Defendants through its agents, employees or other persons had actual and/or constructive notice of the hazardous and unsafe conditions common in the cheese and dairy section of the store.

15. Due to the self-service mode of operation at its grocery store, it was foreseeable to defendants that the cheese and dairy section of the store where this incident occurred would have hazardous items on its floor.

COMPLAINT -- 3

LAW OFFICES OF JOHN J. POLITO, PLLC
9 Lake Bellevue Drive, Suite 200
Bellevue, WA 98005
PHONE: (425) 646-7111
FAX: (425) 646-7112

062.17 dd15jg01k7

16. Defendants failed to have adequate procedures in place to keep their premises free from foreseeable hazardous conditions and failed to properly maintain a safe premises.

17. As a direct and proximate result of the negligence as described above, Plaintiff Annette Stockwell suffered personal injuries and special and general damages in an amount to be proven at trial.

18. At the time of the incident complained of in the plaintiffs' complaint, the Plaintiffs were married and that the Plaintiffs continue to be married.

19. That as a result of the wrongful and negligent acts of the Defendants, and each of them, the Plaintiffs were caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of their marital relationship.

20. All of the foregoing allegations of fact and law are hereby alleged and asserted against any unknown entity, hereby referred to as Defendants Does 1 - 5.

## V. REQUEST FOR RELIEF

WHEREFORE, Plaintiffs pray, jointly and severally, for the following relief against Defendants as follows:

1. For all reasonable and necessary past and future medical expenses, pain and suffering, disfigurement, emotional distress, wage loss, loss of earning capacity, loss of enjoyment of life, loss of consortium, and other special and general damages in an amount to be proven at trial;

2. For all costs and disbursements;

3. For reasonable and actual attorney's fees;

COMPLAINT -- 4

LAW OFFICES OF JOHN J. POLITO, PLLC
9 Lake Bellevue Drive, Suite 200
Bellevue, WA 98005
PHONE: (425) 646-7111
FAX: (425) 646-7112

4.   For pre-judgment and post-judgment interest; and

For such further and other relief as the Court deems just and equitable.

DATED this _____ day of June, 2020.

_____
John J. Polito, WSBA #18150
Attorney for Plaintiffs

COMPLAINT — 5

062.17 dd15jg01k7