1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNETTE STOCKWELL and LAWRENCE STOCKWELL, husband and wife and the marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY, INC., a non-governmental corporation d/b/a SAFEWAY STORE #792, ALBERTSONS COMPANIES, LLC, a foreign limited liability company, ALBERTSONS COMPANYS, INC., a non-governmental corporation, CERBERUS CAPITAL MANAGEMENT, LP, a non-governmental limited partnership, and DOES 1-5,<br><br>Defendants. | No.<br><br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |

## RULE 7.1 DISCLOSURE STATEMENT

Defendant Safeway Inc. is a wholly-owned subsidiary of Albertson's Holdings LLC, which is a wholly-owned subsidiary of AB Acquisition LLC. No publicly held corporation owns 10% or more of Safeway's stock.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – PAGE 1
CAUSE NO.

2691925 / 824.0079

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Dated this 30th day of June, 2020.

                FORSBERG & UMLAUF, P.S.

By: _____
    Kimberly A. Reppart, WSBA #30643
    901 Fifth Avenue, Suite 1400
    Seattle, Washington  98164-2050
    Telephone: (206) 689-8500
    Email: kreppart@foum.law
    Attorneys for Defendant

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – PAGE 2
CAUSE NO.

2691925 / 824.0079

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** on the following individuals in the manner indicated:

Mr. John J. Polito
Law Offices of John J. Polito, PLLC
9 Lake Bellevue Dr., Suite 200
Bellevue, WA  98005
(X) Via Email
(X) Via ECF

SIGNED this 1st day of July, 2020, at Seattle, Washington.

_____
Shawn G. Menning

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – PAGE 3
CAUSE NO.

2691925 / 824.0079

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX